[Reset Form]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

FILED
2014 MAY -9 PM 4:39

Case Number  CR 14 00267
Defendant Number  9
U.S.A. v. EDGAR BELTRAN
Year of Birth  Unknown
[✓] Indictment    [ ] Information
Investigative agency (FBI, DEA, etc.)  DEA

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

**OFFENSE/VENUE**

a. Offense charged as a :
 [ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
 [ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense   Ongoing

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in:
 CHECK **ALL** THAT APPLY
 [✓] Los Angeles     [ ] Ventura
 [ ] Orange          [ ] Santa Barbara
 [ ] Riverside       [ ] San Luis Obispo
 [✓] San Bernardino  [ ] Other _____

Citation of Offense   21 USC 846

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   [✓] No   [ ] Yes
 IF YES   Case Number   N/A

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: MUST MATCH NOTICE OF RELATED CASE   N/A

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on:   N/A
Case Number   N/A
Charging   N/A

The complaint:   [ ] is still pending
   [ ] was dismissed on:   N/A

**PREVIOUS COUNSEL**

Was defendant previously represented?   [ ] No   [ ] Yes
IF YES, provide, Name:   N/A
           Phone Number:   N/A

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
 [✓] Yes*          o

Will more than 12 days be required to present government's evidence in the case-in-chief?
 [ ] Yes*          [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**Superseding Indictment/Information**

IS THIS A NEW DEFENDANT?   [ ] Yes   [ ] No
This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
N/A
Case Number   N/A
The superseded case:
 [ ] is still pending before Judge/Magistrate Judge
N/A
 [ ] was previously dismissed on   N/A
Are there 8 or more defendants in the superseding case?
 [ ] Yes*          [ ] No
Will more than 12 days be required to present government's evidence in the case-in-chief?
 [ ] Yes*          [ ] No

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
- [ ] Yes
- [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required?   [ ] YES   [ ] NO
IF YES, list language and/or dialect: _____

**OTHER**
- [✓] Male      [ ] Female
- [ ] U.S. Citizen   [✓] Alien

Alias Name(s): Guero

This defendant is charged in:   [ ] All counts
- [✓] Only counts: One
- [ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
- [ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?   [ ] Yes   [✓] No
IF YES, should matter be sealed?   [ ] Yes   [✓] No

The area of substantive law that will be involved in this case includes:
- [ ] financial institution fraud
- [ ] government fraud
- [ ] environmental issues
- [✓] narcotics offenses
- [ ] violent crimes/firearms
- [ ] Other _____
- [ ] public corruption
- [ ] tax offenses
- [ ] mail/wire fraud
- [ ] immigration offenses
- [ ] corporate fraud

**CUSTODY STATUS**

Defendant is **not** in custody:

a. Date and time of arrest on complaint: N/A

b. Posted bond at complaint level on: N/A
   in the amount of $ N/A

c. PSA supervision?   [ ] Yes   [✓] No

d. Is on bail or release from another district:
   N/A

Defendant is **in** custody:

a. Place of incarceration:   [ ] State   [ ] Federal

b. Name of Institution: N/A

c. If Federal: U.S. Marshal's Registration Number:
   N/A

d. [ ] Solely on this charge. Date and time of arrest:
   N/A

e. On another conviction:   [ ] Yes   [ ] No
   IF YES:   [ ] State   [ ] Federal   [ ] Writ of Issue

f. Awaiting trial on other charges::   [ ] Yes   [ ] No
   IF YES:   [ ] State   [ ] Federal   AND
   Name of Court: N/A

Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   ____ 20   ____ 21   ____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date: 5/2/2014

Signature of Assistant U.S. Attorney
Christopher K. Pelham
Print Name